IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01096-PSF-PAC

DELROY D. DOUGHARTY,

    Plaintiff(s),

v.

THE GEO GROUP, INC., a Florida corporation,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion for Protective Order [filed October 20, 2005, Doc. No. 15] is **GRANTED.** The attached Stipulated Protective Order is made an Order of the Court this date.

    **IT IS FURTHER ORDERED** that counsel shall comply with the Court's Electronic Filing Procedures Section V.L., covering proposed orders.

Dated: November 2, 2005