IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01096-PSF-PAC

DELROY D. DOUGHARTY,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

The Court, having reviewed the parties' Joint Stipulation to Dismiss with Prejudice **(Doc. #20)**, and being fully advised, the Court ORDERS that this case shall be dismissed with prejudice, each party to pay his or its own costs and attorney fees.

DATED: November 22, 2005.

                            BY THE COURT:

                            *s/Phillip S. Figa*
                            _____
                            Phillip S. Figa
                            United States District Judge